Case 3:06-cv-02513-JM-BLM   Document 7   Filed 01/31/2007   Page 1 of 1

1  Steven A. Seick, Attorney at Law
   California State Bar No. 144819
2  110 West C St., Suite 1809
   San Diego, CA 92101
3  (619) 234-6104; e-mail - steveseick@cox.net

4  Attorney for Talal Adnan Al-Sleiman Slaiby

FILED
07 FEB -6 PM 2: 51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Talal Adnan Al-Sleiman Slaiby,

    Plaintiff,

v.

Michael Chertoff, Secretary, Department of Homeland Security,

Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services,

Vernon Duncan, Acting District Director, San Diego District, United States Citizenship and Immigration Services,

Alberto Gonzales, Attorney General of the United States,

Robert S. Mueller, III, Director, Federal Bureau of Investigation,

    Defendants.

Case No. 06CV2513 JM (BLM)

USCIS No. A96-538-674

ORDER GRANTING VOLUNTARY DISMISSAL

The Court grants plaintiff's Motion for Voluntary Dismissal. Case No. 06CV2513 JM is dismissed.

It is so ordered.

Dated: February 5, 2007

_____
Honorable Jeffrey T. Miller
United States District Judge